# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BEMENT, ROGER J | § Case No. 13-81530-LMT |
| BEMENT, CATHERINE A | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 27, 2013. The undersigned trustee was appointed on July 24, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         20,546.10

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2,844.01 |
   | Bank service fees | 67.51 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 17,634.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/27/2013 and the deadline for filing governmental claims was 11/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,804.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,804.61, for a total compensation of $2,804.61.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2015         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Period Ending:** 02/02/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/24/13 (c)  
**§341(a) Meeting Date:** 08/22/13  
**Claims Bar Date:** 11/27/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence located at 401 N. Walnut St., Hinckley | 174,000.00 | 0.00 | | 0.00 | FA |
| 2 | 400 square ft. Breckenridge Park Model 1 bedroom | 45,000.00 | 27,000.00 | | 20,546.10 | FA |
| 3 | cash on hand | 120.00 | 0.00 | | 0.00 | FA |
| 4 | joint checking account at Resource Bank | 900.00 | 0.00 | | 0.00 | FA |
| 5 | Joint savings account at Resource Bank | 61.03 | 0.00 | | 0.00 | FA |
| 6 | normal complement of household goods and furnish | 1,100.00 | 0.00 | | 0.00 | FA |
| 7 | misc wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 9 | golf clubs, fishing equipment and recreational | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Forester's Universal Life insurance policy payab | 16,023.18 | 0.00 | | 0.00 | FA |
| 11 | Interest in Gerber Life Insurance policies on gr | Unknown | 0.00 | | 0.00 | FA |
| 12 | Interest in Gerber Life Insurance policy on Wife | Unknown | 0.00 | | 0.00 | FA |
| 13 | Debtor's pension | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2008 Chevy Impala | 9,250.00 | 0.00 | | 0.00 | FA |
| 15 | 2003 Chevy S10 Crew cab pick-up with apporx 172, | 4,575.00 | 291.03 | | 0.00 | FA |
| 16 | riding lawn mower located at Woodhaven Lakes, 50 | 50.00 | 0.00 | | 0.00 | FA |
| 17 | 3 wheeled scooter located at Woodhaven Lakes, 50 | 150.00 | 0.00 | | 0.00 | FA |
| 18 | 10 ft. by 6 ft. trailer located at Woodhaven Lak | 350.00 | Unknown | | 0.00 | FA |
| 19 | Banker's Life and Casulty Company long term care | Unknown | 0.00 | | 0.00 | FA |
| 20 | The Independent Order of Foresters Universal Lif | 1,558.75 | 0.00 | | 0.00 | FA |
| 21 | The Independent Order of Foresters Universal Lif | 915.92 | 0.00 | | 0.00 | FA |
| 22 | The Independent Order of Foresters Universal Lif | 810.33 | 0.00 | | 0.00 | FA |
| 22 | **Assets** Totals (Excluding unknown values) | **$255,714.21** | **$27,291.03** | | **$20,546.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATION SALE OF MOBILE HOME TO DEBTOR OR THIRD PARTY.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Period Ending:** 02/02/15  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/24/13 (c)  
**§341(a) Meeting Date:** 08/22/13  
**Claims Bar Date:** 11/27/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** January 29, 2015 (Actual)

Printed: 02/02/2015 12:48 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Taxpayer ID #:** **-***0482  
**Period Ending:** 02/02/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/13/14 | | Woodhaven Lakes Realty Inc | Sale of Lot 75/Section 1 Woodhave Lakes | | | 18,077.09 | | 18,077.09 |
| | {2} | Woodhaven Lakes Realty, Inc | Sale of Lot 75/Section 1 Woodhaven Lakes | 20,546.10 | 1110-000 | | | 18,077.09 |
| | | Woodhaven Lakes Realty | Realtor's Commission | -2,000.00 | 3510-000 | | | 18,077.09 |
| | | | Title Examination | -178.00 | 2500-000 | | | 18,077.09 |
| | | | Property Taxes | -236.01 | 2820-000 | | | 18,077.09 |
| | | | County Tax Stamps | -15.00 | 2820-000 | | | 18,077.09 |
| | | | Costs for passes for new owners that should have been included with property | -40.00 | 2500-000 | | | 18,077.09 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.73 | 18,062.36 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.38 | 18,038.98 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.40 | 18,009.58 |
| 01/15/15 | 101 | KARL BARNES & ASSOCIATES | Pymt of Accounting Fees | | 3310-000 | | 375.00 | 17,634.58 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 18,077.09 | 442.51 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 18,077.09 | 442.51 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$18,077.09** | **$442.51** |

$17,634.58

| | |
|---|---|
| Net Receipts : | 18,077.09 |
| Plus Gross Adjustments : | 2,469.01 |
| Net Estate : | $20,546.10 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********66** | 18,077.09 | 442.51 | 17,634.58 |
| | **$18,077.09** | **$442.51** | **$17,634.58** |

{} Asset reference(s)

Printed: 02/02/2015 12:48 PM   V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 27, 2013

**Case Number:** 13-81530-LMT  
**Debtor Name:** BEMENT, ROGER J

Page: 1

**Date:** February 2, 2015  
**Time:** 12:49:07 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCT 199 | KARL BARNES & ASSOCIATES<br>6875 CARMAN DRIVE<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $375.00 | $375.00 | 0.00 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 10/01/13 - 01/14/15<br>Fees of Attorney Bernard J. Natale and Attorney Meghan Bolte. | $4,896.25 | $0.00 | 4,896.25 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $2,804.61 | $0.00 | 2,804.61 |
| ATTYEXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 10/18/13 - 03/18/15 | $55.18 | $0.00 | 55.18 |
| 4 950 | CarMax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144 | Secured | 3540 | $9,280.43 | $0.00 | 9,280.43 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 5204 | $14,604.47 | $0.00 | 14,604.47 |
| 2 610 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | 0001 | $632.97 | $0.00 | 632.97 |
| 3 610 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52806 | Unsecured | 7797 | $171.72 | $0.00 | 171.72 |
| 5 610 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 4897/CARSONS | $1,287.87 | $0.00 | 1,287.87 |
| 6 610 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | 0772 | $1,130.09 | $0.00 | 1,130.09 |
| 7 610 | Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | 0377/LOWES | $6,193.13 | $0.00 | 6,193.13 |
| 8 610 | Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | 8529/USBANK | $15,407.02 | $0.00 | 15,407.02 |
| **<< Totals >>** | | | | 56,838.74 | 375.00 | 56,463.74 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-81530-LMT
Case Name: BEMENT, ROGER J
Trustee Name: BERNARD J. NATALE

**Balance on hand:**   $   17,634.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | CarMax Auto Finance | 9,280.43 | 9,280.43 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   17,634.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,804.61 | 0.00 | 2,804.61 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 4,896.25 | 0.00 | 4,896.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 55.18 | 0.00 | 55.18 |
| Accountant for Trustee, Fees - KARL BARNES & ASSOCIATES | 375.00 | 375.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   7,756.04
Remaining balance:   $   9,878.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,878.54

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 9,878.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,427.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,604.47 | 0.00 | 3,659.17 |
| 2 | American InfoSource LP as agent for | 632.97 | 0.00 | 158.59 |
| 3 | Von Maur | 171.72 | 0.00 | 43.02 |
| 5 | Quantum3 Group LLC as agent for | 1,287.87 | 0.00 | 322.68 |
| 6 | American InfoSource LP as agent for | 1,130.09 | 0.00 | 283.15 |
| 7 | Portfolio Recovery Associates, LLC | 6,193.13 | 0.00 | 1,551.69 |
| 8 | Portfolio Recovery Associates, LLC | 15,407.02 | 0.00 | 3,860.24 |

| | Total to be paid for timely general unsecured claims: | $ | 9,878.54 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**