# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BEMENT, ROGER J   § Case No. 13-81530-LMT
     BEMENT, CATHERINE A   §
        §
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/18/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/28/2015        By:  /s/BERNARD J. NATALE
                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BEMENT, ROGER J | § | Case No. 13-81530-LMT |
| BEMENT, CATHERINE A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,546.10 |
| *and approved disbursements of* | $ 2,911.52 |
| *leaving a balance on hand of* [1] | $ 17,634.58 |
| **Balance on hand:** | $ 17,634.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | CarMax Auto Finance | 9,280.43 | 9,280.43 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,634.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,804.61 | 0.00 | 2,804.61 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 4,896.25 | 0.00 | 4,896.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 55.18 | 0.00 | 55.18 |
| Accountant for Trustee, Fees - KARL BARNES & ASSOCIATES | 375.00 | 375.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,756.04 |
| Remaining balance: | $ 9,878.54 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,878.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,878.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,427.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,604.47 | 0.00 | 3,659.17 |
| 2 | American InfoSource LP as agent for | 632.97 | 0.00 | 158.59 |
| 3 | Von Maur | 171.72 | 0.00 | 43.02 |
| 5 | Quantum3 Group LLC as agent for | 1,287.87 | 0.00 | 322.68 |
| 6 | American InfoSource LP as agent for | 1,130.09 | 0.00 | 283.15 |
| 7 | Portfolio Recovery Associates, LLC | 6,193.13 | 0.00 | 1,551.69 |
| 8 | Portfolio Recovery Associates, LLC | 15,407.02 | 0.00 | 3,860.24 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,878.54 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-81530-TML
Roger J Bement                                                  Chapter 7
Catherine A Bement
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon              Page 1 of 2           Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
```
db/jdb         +Roger J Bement,    Catherine A Bement,    P.O. Box 604,    Hinckley, IL 60520-0604
20648072       +CarMax Auto Finance,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5942
20403259       +Carmax Auto Finance,    2040 Thalbro St,    Richmond, VA 23230-3200
20403260       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20403261       +Comenity Bank/Carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
21275386      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
20403266        T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
20403268      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank,    P.O. Box 5227,    Cincinnati, OH 45201)
20403267       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20403269       +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
20403272      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
                (address filed with court: Von Maur,    6565 Brady Street,    Davenport, IA 52806)
20403271       +Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21176222        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2015 01:18:48
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
20597826        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2015 01:18:18
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
20432142        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 14 2015 01:18:18      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
20403262       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 14 2015 01:18:18      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20403263       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:27      Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
20403264       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:12      Gecrb/Mohawk Karastan,
                 Po Box 981439,    El Paso, TX 79998-1439
20661222        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2015 01:12:32
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20403265        E-mail/Text: appebnmailbox@sprint.com Feb 14 2015 01:12:38      Sprint,    P.O. Box 4181,
                 Carol Stream, IL 60197-4181
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21275412*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                successor to GE CAPITAL RETAIL BANK,    POB 41067,    Norfolk VA 23541)
21276466*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    successor to US Bank,
                POB 41067,    Norfolk VA 23541)
20403270*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: ldixon              Page 2 of 2              Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:

```
              Bernard J Natale     natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Bernard J Natale     on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale     on behalf of Accountant   Karl Barnes & Associates natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Diane E Elliott    on behalf of Joint Debtor Catherine A Bement diane05elliott@yahoo.com
              Diane E Elliott    on behalf of Debtor Roger J Bement diane05elliott@yahoo.com
              Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```