**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BEMENT, ROGER J § Case No. 13-81530-LMT
      BEMENT, CATHERINE A §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $210,714.21            Assets Exempt: $59,323.18
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $9,878.54    Claims Discharged
>                                                Without Payment: $56,856.73
>
> Total Expenses of Administration: $10,667.56

    3) Total gross receipts of $ 20,546.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,546.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,628.00 | $9,280.43 | $9,280.43 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,667.56 | 10,667.56 | 10,667.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,770.85 | 39,427.27 | 39,427.27 | 9,878.54 |
| **TOTAL DISBURSEMENTS** | $271,398.85 | $59,375.26 | $59,375.26 | $20,546.10 |

4) This case was originally filed under Chapter 7 on April 27, 2013. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015          By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 400 square ft. Breckenridge Park Model 1 bedroom | 1110-000 | 20,546.10 |
| **TOTAL GROSS RECEIPTS** | | **$20,546.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CarMax Auto Finance | 4110-000 | 10,310.00 | 9,280.43 | 9,280.43 | 0.00 |
| NOTFILED | Us Bank | 4110-000 | 65,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 130,768.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,628.00** | **$9,280.43** | **$9,280.43** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KARL BARNES & ASSOCIATES | 3310-000 | N/A | 375.00 | 375.00 | 375.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,896.25 | 4,896.25 | 4,896.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,804.61 | 2,804.61 | 2,804.61 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 55.18 | 55.18 | 55.18 |
| Woodhaven Lakes Realty | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Woodhaven Lakes Realty Inc | 2500-000 | N/A | 178.00 | 178.00 | 178.00 |
| Woodhaven Lakes Realty Inc | 2820-000 | N/A | 236.01 | 236.01 | 236.01 |
| Woodhaven Lakes Realty Inc | 2820-000 | N/A | 15.00 | 15.00 | 15.00 |
| Woodhaven Lakes Realty Inc | 2500-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.73 | 14.73 | 14.73 |
| Rabobank, N.A. | 2600-000 | N/A | 23.38 | 23.38 | 23.38 |
| Rabobank, N.A. | 2600-000 | N/A | 29.40 | 29.40 | 29.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,667.56 | $10,667.56 | $10,667.56 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 13,822.00 | 14,604.47 | 14,604.47 | 3,659.17 |
| 2 | American InfoSource LP as agent for | 7100-000 | 581.85 | 632.97 | 632.97 | 158.59 |
| 3 | Von Maur | 7100-000 | 172.00 | 171.72 | 171.72 | 43.02 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 1,167.00 | 1,287.87 | 1,287.87 | 322.68 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 1,130.09 | 1,130.09 | 283.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 5,875.00 | 6,193.13 | 6,193.13 | 1,551.69 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 15,845.00 | 15,407.02 | 15,407.02 | 3,860.24 |
| NOTFILED | Citi | 7100-000 | 4,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Mohawk Karastan | 7100-000 | 2,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Bankruptcy Admin. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 20,873.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$64,770.85** | **$39,427.27** | **$39,427.27** | **$9,878.54** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Period Ending:** 04/13/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/24/13 (c)  
**§341(a) Meeting Date:** 08/22/13  
**Claims Bar Date:** 11/27/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence located at 401 N. Walnut St., Hinckley | 174,000.00 | 0.00 | | 0.00 | FA |
| 2 | 400 square ft. Breckenridge Park Model 1 bedroom | 45,000.00 | 27,000.00 | | 20,546.10 | FA |
| 3 | cash on hand | 120.00 | 0.00 | | 0.00 | FA |
| 4 | joint checking account at Resource Bank | 900.00 | 0.00 | | 0.00 | FA |
| 5 | Joint savings account at Resource Bank | 61.03 | 0.00 | | 0.00 | FA |
| 6 | normal complement of household goods and furnish | 1,100.00 | 0.00 | | 0.00 | FA |
| 7 | misc wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 9 | golf clubs, fishing equipment and recreational | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Forester's Universal Life insurance policy payab | 16,023.18 | 0.00 | | 0.00 | FA |
| 11 | Interest in Gerber Life Insurance policies on gr | Unknown | 0.00 | | 0.00 | FA |
| 12 | Interest in Gerber Life Insurance policy on Wife | Unknown | 0.00 | | 0.00 | FA |
| 13 | Debtor's pension | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2008 Chevy Impala | 9,250.00 | 0.00 | | 0.00 | FA |
| 15 | 2003 Chevy S10 Crew cab pick-up with apporx 172, | 4,575.00 | 291.03 | | 0.00 | FA |
| 16 | riding lawn mower located at Woodhaven Lakes, 50 | 50.00 | 0.00 | | 0.00 | FA |
| 17 | 3 wheeled scooter located at Woodhaven Lakes, 50 | 150.00 | 0.00 | | 0.00 | FA |
| 18 | 10 ft. by 6 ft. trailer located at Woodhaven Lak | 350.00 | Unknown | | 0.00 | FA |
| 19 | Banker's Life and Casulty Company long term care | Unknown | 0.00 | | 0.00 | FA |
| 20 | The Independent Order of Foresters Universal Lif | 1,558.75 | 0.00 | | 0.00 | FA |
| 21 | The Independent Order of Foresters Universal Lif | 915.92 | 0.00 | | 0.00 | FA |
| 22 | The Independent Order of Foresters Universal Lif | 810.33 | 0.00 | | 0.00 | FA |
| 22 | Assets Totals (Excluding unknown values) | $255,714.21 | $27,291.03 | | $20,546.10 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATION SALE OF MOBILE HOME TO DEBTOR OR THIRD PARTY.

Printed: 04/13/2015 02:52 PM    V.13.21

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Period Ending:** 04/13/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/24/13 (c)  
**§341(a) Meeting Date:** 08/22/13  
**Claims Bar Date:** 11/27/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** January 29, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
BEMENT, CATHERINE A  
**Taxpayer ID #:** **-***0482  
**Period Ending:** 04/13/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/14 | | Woodhaven Lakes Realty Inc | Sale of Lot 75/Section 1 Woodhave Lakes | | 18,077.09 | | 18,077.09 |
| | {2} | Woodhaven Lakes Realty, Inc | Sale of Lot 75/Section 1 Woodhaven Lakes  20,546.10 | 1110-000 | | | 18,077.09 |
| | | Woodhaven Lakes Realty | Realtor's Commission  -2,000.00 | 3510-000 | | | 18,077.09 |
| | | | Title Examination  -178.00 | 2500-000 | | | 18,077.09 |
| | | | Property Taxes  -236.01 | 2820-000 | | | 18,077.09 |
| | | | County Tax Stamps  -15.00 | 2820-000 | | | 18,077.09 |
| | | | Costs for passes for new owners that should have been included with property  -40.00 | 2500-000 | | | 18,077.09 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.73 | 18,062.36 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.38 | 18,038.98 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.40 | 18,009.58 |
| 01/15/15 | 101 | KARL BARNES & ASSOCIATES | Pymt of Accounting Fees | 3310-000 | | 375.00 | 17,634.58 |
| 03/18/15 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $2,804.61, Trustee Compensation; Reference: | 2100-000 | | 2,804.61 | 14,829.97 |
| 03/18/15 | 103 | Discover Bank | Distribution paid 25.05% on $14,604.47; Claim# 1; Filed: $14,604.47; Reference: 5204 | 7100-000 | | 3,659.17 | 11,170.80 |
| 03/18/15 | 104 | American InfoSource LP as agent for | Distribution paid 25.05% on $632.97; Claim# 2; Filed: $632.97; Reference: 0001 | 7100-000 | | 158.59 | 11,012.21 |
| 03/18/15 | 105 | Von Maur | Distribution paid 25.05% on $171.72; Claim# 3; Filed: $171.72; Reference: 7797 | 7100-000 | | 43.02 | 10,969.19 |
| 03/18/15 | 106 | Quantum3 Group LLC as agent for | Distribution paid 25.05% on $1,287.87; Claim# 5; Filed: $1,287.87; Reference: 4897/CARSONS | 7100-000 | | 322.68 | 10,646.51 |
| 03/18/15 | 107 | American InfoSource LP as agent for | Distribution paid 25.05% on $1,130.09; Claim# 6; Filed: $1,130.09; Reference: 0772 | 7100-000 | | 283.15 | 10,363.36 |
| 03/18/15 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,ATTYEXP | | | 4,951.43 | 5,411.93 |
| | | | Dividend paid 100.00% on $4,896.25; Claim# ATTY; Filed: $4,896.25; Reference: 10/01/13 - 01/14/15  4,896.25 | 3110-000 | | | 5,411.93 |
| | | | Dividend paid 100.00% on $55.18; Claim# ATTYEXP; Filed: $55.18; Reference: 10/18/13 - 03/18/15  55.18 | 3120-000 | | | 5,411.93 |

Subtotals : $18,077.09  $12,665.16

{} Asset reference(s)  Printed: 04/13/2015 02:52 PM  V.13.21

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81530-LMT  
**Case Name:** BEMENT, ROGER J  
              BEMENT, CATHERINE A  
**Taxpayer ID #:** **-***0482  
**Period Ending:** 04/13/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/15 | 109 | Portfolio Recovery Associates, LLC | Combined Check for Claims#7,8 | | | 5,411.93 | 0.00 |
| | | | Dividend paid 25.05% 1,551.69<br>on $6,193.13; Claim# 7;<br>Filed: $6,193.13;<br>Reference:<br>0377/LOWES | 7100-000 | | | 0.00 |
| | | | Dividend paid 25.05% 3,860.24<br>on $15,407.02; Claim#<br>8; Filed: $15,407.02;<br>Reference:<br>8529/USBANK | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,077.09 | 18,077.09 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,077.09 | 18,077.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,077.09** | **$18,077.09** | |

Net Receipts :       18,077.09  
Plus Gross Adjustments :        2,469.01  
Net Estate :       $20,546.10

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********66** | 18,077.09 | 18,077.09 | 0.00 |
| | **$18,077.09** | **$18,077.09** | **$0.00** |

{} Asset reference(s)